IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**CHICKEN KITCHEN USA, LLC,**  Case No.: 1:17-cv-07176

    **Plaintiff,**

                                **Honorable Thomas M. Durkin**

v.

**TYSON FOODS, INC.,**
**TYSON CHICKEN, INC.,**
**TYSON BREEDERS, INC. and**
**TYSON POULTRY, INC.**

    **Defendants.**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Chicken Kitchen USA, LLC, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that it is voluntarily dismissing its Complaint against Defendants, without prejudice.

November 28, 2017

/s/ Thomas A. Doyle
_____

Thomas A. Doyle
WEXLER WALLACE LLP
55 W Monroe Street, Suite 3300
Chicago, IL 60604
(312) 261-6194

Alejandro Brito, Esq.
ZARCO EINHORN SALKOWSKI & BRITO, P.A.
Miami Tower
100 S.E. Second Street, 27th Floor
Miami, FL 33131
305-374-5418

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that, on November 28, 2017, I caused a copy of the foregoing document to be served via the Court's ECF system on all Counsel who have appeared in the case.

/s/ Thomas A Doyle
_____

Thomas A. Doyle